Grace (Tyra) HOLLON, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

Oct. 31, 1952.

PER CURIAM.

Judgment affirmed. See KRS 242.990 on jurisdiction. Bitzer v. Commonwealth, 141 Ky. 58, 132 S.W. 179, on sufficiency of warrant of arrest.

Leebern Allen and I. M. Combs, Campton, for movant.

J. D. Buckman, Jr., Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., opposed.